FILED

2008 AUG -6  PM 3: 52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08 CR 2578 JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ABEL FONSECA-OROS, | |
| Defendant. | |

The grand jury charges:

On or about May 23, 2008, within the Southern District of California, defendant ABEL FONSECA-OROS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

FAS:nlv:San Diego
8/4/08

1    It is further alleged that defendant ABEL FONSECA-OROS was

2  removed from the United States subsequent to April 18, 2005.

3    DATED: August 6, 2008.

4                                          A TRUE BILL:

5

6                                          _____
                                           Foreperson

7

8  KAREN P. HEWITT
   United States Attorney

9

10 By:  _____

11     FRED SHEPPARD
       Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28