```
                                    FILED
                              2008 AUG -6 PM 3:52

                              CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                              BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2578 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | **NOTICE OF RELATED CASE** |
| ABEL FONSECA-OROS, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Abel Fonseca-Oros</u>, Criminal Case No. 08CR2056-JM.

DATED: August 6, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney